UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID N. RAIN, et al.,                ) | |
|                                       ) | |
|     Plaintiffs,                       ) | |
|                                       ) | |
|         vs.                           ) | CAUSE NO. 1:07-cv-1233-WTL-DML |
|                                       ) | |
| ROLLS-ROYCE CORPORATION,              ) | |
|                                       ) | |
|     Defendant.                        ) | |

## ENTRY ON PLAINTIFFS' MOTION TO PRODUCE DOCUMENTS

This cause is before the Court on the Plaintiffs' motion to produce documents and the Defendant's response thereto. For the reasons set forth below, the motion is **denied**.

The Plaintiffs seek three categories of documents from the Defendant. First, they seek the 2007 and 2008 BookFaxes that were identified during the deposition of Darren Reeve and any "similar" documents. The Defendant has produced the two BookFaxes in question, and while the Court understands why the Plaintiffs believe them to be relevant, it fails to see how any "similar" documents would be anything more than cumulative. Further, while such documents would have been responsive to the discovery requests cited by the Plaintiffs if they had existed in hard copy form, the Defendant represents that they existed as electronically stored information and that the parties agreed that such information did not need to be produced in this case. Therefore, the Plaintiffs' motion is denied as to their request for documents similar to the 2007 and 2008 BookFaxes.

Next, the Plaintiffs seek production of minutes of the AMC Council. It appears that the Defendant has produced the minutes from prior to the Catch the Wave event at issue in this case, and the Court agrees with the Defendants that minutes that post-date the event are not relevant to

this case. Therefore, the Plaintiffs' motion is denied as to those minutes.

Finally, the Plaintiffs seek "minutes of meetings as Heli-Expo events between Rolls Royce/AMCs/Aviall and others within the First Network" for the 2007 Heli-Expo; however, Rolls Royce has not located any such documents that have not already been produced. Therefore, it appears there is nothing to compel.

SO ORDERED: 10/08/2009

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification